

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,496

### EX PARTE JASON LYNN CHANNEL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F1017526-A IN THE 145TH DISTRICT COURT
### FROM NACOGDOCHES COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because the plea agreement cannot be followed.

Trial counsel and the prosecutor both filed affidavits with the trial court. Based on those affidavits, the trial court determined that applicant plead guilty pursuant to an agreement that he

would be considered for shock probation if he did not have any behavior problems while incarcerated. This agreement is unenforceable due to Applicant's previous prison sentence. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. F1017526-A in the 145th Judicial District Court of Nacogdoches County is set aside, and applicant is remanded to the custody of the Sheriff of Nacogdoches County to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 9, 2011
Do Not Publish